

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 345TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On January 23, 2025, the Court of Appeals for the Fifteenth District of Texas reversed your judgment in the following case:

Augustin Rivera, Jr., Teresa Ereon Giltner, Harold Odom, Barbara Ellis, Anna M. McKim, Cynthia Eva Hujar Orr, C. Alfred MacKenzie, Dwaine M. Massey, and Carlos R. Soltero, in their Official Capacities as Members of the Texas Board of Law Examiners v. Deborah Sonnenschein

Court of Appeals No. 15-24-00001-CV
Trial Court No. D-1-GN-20-007210

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, Deborah Sonnenschein, signed August 23, 2023, was heard on the appellate record. We have inspected the record and find reversible error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing the case with prejudice.

We further order that all costs incurred by reason of this appeal be paid by appellee, Deborah Sonnenschein.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this June 12, 2025.

**CHRISTOPHER A. PRINE, CLERK**